UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTEFANY TRIMINIO
MARTINEZ,

                  Petitioner,

      v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT FIELD OFFICE
DIRECTOR,

                  Respondent.

CASE NO. C26-0748JLR

ORDER

Before the court is *pro se* Petitioner Estefany Triminio Martinez's application to proceed *in forma pauperis* ("IFP") in this 28 U.S.C. § 2241 habeas action.  (IFP App. (Dkt. # 1).)  Petitioner demonstrates that she is unable to afford the $5.00 filing fee.  (*Id.*)  Accordingly, the court GRANTS her application to proceed IFP.  (Dkt. # 1).

//

//

ORDER - 1

The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees and to send her a copy of this order.

Dated this 5th day of March, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2